AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>3:25-mj-_____ (RMS) | Date and time warrant executed:<br>1/31/25    1050 | Copy of warrant and inventory left with:<br>SA Kooharian / HSI RAC New Haven |
| Inventory made in the presence of:<br>SA Kooharian | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>Data contained on a Black and Red Verbatim USB Thumb Drive | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/31/25

_____
*Executing officer's signature*

Leonardo J. Soto  TFO
*Printed name and title*